UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARY TAYLOR,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ANTHEM, INC.,**<br><br>    **Defendant.** | **Case No. 1:21-cv-03129-SEB-MG** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Mary Taylor and Defendant Anthem, Inc. (as of June 28, 2022, now Elevance Health, Inc.) (collectively, the "Parties"), by and through undersigned counsel, submit this Stipulation of Dismissal With Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED by and between the Parties that this action may be dismissed with prejudice, with each party to bear their own attorneys' fees and costs. The matter has been resolved to the satisfaction of all parties.

DATED: September 6, 2022                    Respectfully submitted,

| | |
|---|---|
| **GOODIN ABERNATHY, LLP** | **SEYFARTH SHAW, LLP** |
| *  s/ Christopher E. Clark* | *  s/ Shana Madigan* |
| Christopher E. Clark, Atty. No. 18577-29 | Christopher J. DeGroff |
| GOODIN ABERNATHY, LLP | Attorney No. 19321-64 |
| 301 East 38th Street | Shana Madigan (admitted *pro hac vice*) |
| Indianapolis, IN  46205 | SEYFARTH SHAW LLP |
| Phone:  (317) 843-2606 | 233 S. Wacker Drive |
| Fax:  (317) 574-3095 | Chicago, IL 60606 |
| cclark@goodinabernathy.com | Phone: (312) 460-5000 |
| | cdegroff@seyfarth.com |
| *Attorney for Plaintiff* | smadigan@seyfarth.com |
| | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I certify that on September 6, 2022, I served a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE to all counsel of record via electronic mail.

*/s/ Shana Madigan*_____
Shana Madigan

Seyfarth Shaw LLP
975 F Street NW
Washington, DC 20004
Telephone Number:   (202) 463-2400
Facsimile Number:    (202) 641-9266